**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   ORS.COM, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 7 – 3 7 7 9 2 7 7

4. **Debtor's address**

   **Principal place of business**  
   4808 Eastover Circle  
   Number   Street  
   
   Mesquite    TX    75149  
   City    State    ZIP Code  
   
   Dallas  
   County

   **Mailing address, if different from principal place of business**  
   Number   Street  
   P.O. Box  
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number   Street  
   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **ORS.COM, Inc.** _____  Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **ORS.COM, Inc.** _____   Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No
   ☐ Yes. District _____ When __/__/____ Case number _____
   
   District _____ When __/__/____ Case number _____
   
   District _____ When __/__/____ Case number _____
   
   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☑ Yes. Debtor **Stanford Sonoms Corp.**  Relationship _____
    
    District **Northern**  When **04/17/2023**
    
    Case number, if known **23-30748**
    
    Debtor _____ Relationship _____
    
    District _____ When _____
    
    Case number, if known _____
    
    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    *Check all that apply:*
    
    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    **Why does the property need immediate attention?**  *(Check all that apply.)*
    
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
    
    ☐ It needs to be physically secured or protected from the weather.
    
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    
    ☐ Other _____
    
    **Where is the property?** _____
    Number  Street
    
    _____
    
    _____     _____  _____
    City        State    ZIP Code
    
    **Is the property insured?**
    
    ☐ No
    ☐ Yes.  Insurance agency _____
    
    Contact name _____
    
    Phone _____

Debtor **ORS.COM, Inc.** _____   Case number (if known) _____

## Statistical and adminstrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/17/2023**
MM / DD / YYYY

X **/s/ Aaron Brewer** _____
Signature of authorized representative of debtor
**Aaron Brewer**
Printed name
**Chief Executive Office**
Title

Debtor  **ORS.COM, Inc.** _____   Case number (if known) _____

| 18. | Signature of attorney | **X** /s/ Howard Marc Spector _____ | Date | **04/17/2023** |
|---|---|---|---|---|
| | | Signature of attorney for debtor | | MM / DD / YYYY |

**Howard Marc Spector**
Printed name

**Spector & Cox, PLLC**
Firm name

**12770 Coit Road**
Number       Street

**Suite 850**

**Dallas**                                           **TX**            **75251**
City                                                  State           ZIP Code

**(214) 365-5377**                                **hms7@cornell.edu**
Contact phone                                     Email address

**00785023**                                          **TX**
Bar number                                            State

**Fill in this information to identify the case and this filing:**

Debtor Name: **ORS.COM, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/17/2023**          X **/s/ Aaron Brewer**
MM / DD / YYYY                           Signature of individual signing on behalf of debtor

**Aaron Brewer**
Printed name

**Chief Executive Office**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **ORS.COM, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DICKEY'S BARBECUE RESTAURANTS, INC. COLE AVE 4514 SUITE 1015 DALLAS, TX 75205 | | | | | | $1,036,928.79 |
| 2 | DICKEYS CAPITAL GROUP 18583 NORTH DALLAS PARKWAY SUITE 120 DALLAS, TX 75287 | | | | | | $132,000.00 |
| 3 | ACCUREX P.O. BOX 88145 MILWAUKEE, WI 53288-8145 | | | | | | $50,051.09 |
| 4 | BRUCHA CORP. 3340-B GREENS RD. STE 900 HOUSTON, TX 77032 | | | | | | $41,097.00 |
| 5 | AUTOQUOTES LLC (REVALIZE) 8800 BAYMEADOWS WAY WEST SUITE 500 JACKSONVILLE, FL | | | | | | $36,226.11 |

Debtor **ORS.COM, Inc.**  Case number (if known) _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | ATOSA USA, INC. 201 NORTH BERRY ST. BREA, CA 92821 | | | | | | $35,351.83 |
| 7 | Klinger's Trading, Inc. 3009 Bankers Industrial Drive Atlanta, GA 30360 | | _ | | | | $24,046.31 |
| 8 | COOKSHACK 2304 NORTH ASH PONCA CITY, OK 74601 | | | | | | $18,059.94 |
| 9 | Hart & Price 6911 FOREST PARK RD DALLAS, TX 75235 | | | | | | $14,547.03 |
| 10 | CHUBB PO BOX 382001 PITTSBURGH, PA 15250-8001 | | | | | | $7,012.00 |
| 11 | Turbo Air 4184 E. CONANT ST LOING BEACH, CA 90808 | | | | | | $4,810.38 |
| 12 | Excell Admiral Craft Equipment 55 JERICHO TPKE SUITE 302A JERICHO, NY 11753 | | | | | | $2,778.99 |
| 13 | Mavro & Associates 1605 CRESCENT CIRCLE COURT UNIT 10 CARROLLTON, TX 75006 | | | | | | $2,393.00 |

| Debtor | ORS.COM, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | The Sherwin Williams Co. 2955 Industrial Ln. GARLAND, TX 75041 | | | | | | $2,073.36 |
| 15 | Acme Brick 801 AIRPORT FWY EULESS, TX 76040-4313 | | | | | | $2,007.93 |
| 16 | Nemco Food Equipment LTD 301 MEUSE ARGONNE ST. HICKSVILLE, OH 43526 | | | | | | $185.21 |
| 17 | Artic Air 7550 MARKET PLACE DR EDEN PRAIRIE, MN 55344 | | | | | | $135.00 |
| 18 | Flash Furniture P.O. BOX 736385 DALLAS, TX 75373-6385 | | | | | | $50.00 |
| 19 | DICKEYS CAPITAL GROUP 18583 NORTH DALLAS PARKWAY SUITE 120 DALLAS, TX 75287 | | | | | | $0.00 |
| 20 | DICKEYS CA-1604 Famfour2k 19111 SUMMIT RIDGE DRIVE WALNUT, CA 91789 | | | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  ORS.COM, Inc.                                             CASE NO

                                                                  CHAPTER    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/17/2023                         Signature  /s/ Aaron Brewer
                                                   *Aaron Brewer*
                                                   *Chief Executive Office*


Date _____             Signature _____

```
ACCUREX
P.O. BOX 88145
MILWAUKEE, WI 53288-8145




Acme Brick
801 AIRPORT FWY
EULESS, TX 76040-4313




Artic Air
7550 MARKET PLACE DR
EDEN PRAIRIE, MN 55344




ATOSA USA, INC.
201 NORTH BERRY ST.
BREA, CA 92821




AUA LLC - DCKY 1644
2716 E. INDIAN WELLS DRIVE
GILBERT, AZ 85298




AUTOQUOTES LLC (REVALIZE)
8800 BAYMEADOWS WAY WEST
SUITE 500
JACKSONVILLE, FL 32256




BRUCHA CORP.
3340-B GREENS RD.
STE 900
HOUSTON, TX 77032




CHUBB
PO BOX 382001
PITTSBURGH, PA 15250-8001




COOKSHACK
2304 NORTH ASH
PONCA CITY, OK 74601
```

```
DICKEY'S BARBECUE RESTAURANTS, INC.
COLE AVE 4514
SUITE 1015
DALLAS, TX 75205


DICKEYS CA-1604 Famfour2k
19111 SUMMIT RIDGE DRIVE
WALNUT, CA 91789



DICKEYS CAPITAL GROUP
18583 NORTH DALLAS PARKWAY
SUITE 120
DALLAS, TX 75287


Excell Admiral Craft Equipment
55 JERICHO TPKE
SUITE 302A
JERICHO, NY 11753


Flash Furniture
P.O. BOX 736385
DALLAS, TX 75373-6385



Hart & Price
6911 FOREST PARK RD
DALLAS, TX 75235



IRS
P.O. Box 7346
Philadelphia, PA 19114



Klinger's Trading, Inc.
3009 Bankers Industrial Drive
Atlanta, GA 30360



Mavro & Associates
1605 CRESCENT CIRCLE COURT
UNIT 10
CARROLLTON, TX 75006
```

```
Nemco Food Equipment LTD
301 MEUSE ARGONNE ST.
HICKSVILLE, OH 43526



The Sherwin Williams Co.
2955 Industrial Ln.
GARLAND, TX 75041



Turbo Air
4184 E. CONANT ST
LOING BEACH, CA 90808



United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242
```